**Feliberto ERAZO, Petitioner–Appellee,**

v.

**John KEANE, Superintendent, Woodbourne Correctional Facility, and Eliot Spitzer, New York State Attorney General, Respondent–Appellants.**

Docket No. 01–2577.

United States Court of Appeals, Second Circuit.

Aug. 14, 2002.

Donna Aldea, Assistant District Attorney (John M. Castellano, Assistant District Attorney, Richard A. Brown, District Attorney, Queens County, NY, on the brief), for Appellant.

Kevin Casey (Andrew C. Fine, The Legal Aid Society, Criminal Appeals Bureau, New York, NY, Elon Harpaz, of counsel, on the brief), for Appellee.

Present JACOBS, CABRANES and F.I. PARKER, Circuit Judges.

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the order of the district court be and it hereby is **AFFIRMED.**

John Keane, Superintendent of the Woodbourne Correctional Facility, and Eliot Spitzer, Attorney General of the State of New York, appeal from an order of the United States District Court for the Eastern District of New York (Sifton, *J.*) conditionally granting a petition for a writ of habeas corpus submitted by Feliberto Erazo.

We find no error in the district court's decision, and affirm for substantially the reasons stated in that court's Memorandum and Order dated August 17, 2001.

For the reasons set forth above, the order of the district court is hereby **AFFIRMED.**